1  ROBERT J. REYNOLDS (CA Bar No. 151243)
   LAW OFFICE OF ROBERT J. REYNOLDS
2  16950 Via de Santa Fe, Suite 5060-145
3  Rancho Santa Fe, CA 92091
4  (619) 261-3393
   rjr@robertjreynolds.com
5
6  PHILIP A. SECHLER (VA Bar No. 99761)
   MATHEW W. HOFFMANN (VA Bar No. 100102)
7  ALLIANCE DEFENDING FREEDOM
8  44180 Riverside Parkway
9  Lansdowne, VA 20176
   (571) 707-4655
10 psechler@ADFlegal.org
11 mhoffmann@ADFlegal.org
12
13              **UNITED STATES DISTRICT COURT**
14            **SOUTHERN DISTRICT OF CALIFORNIA**
15
   **Holy Sexuality**,                    Case No. __'25CV1289 CAB KSC__
16
        Plaintiff,
17
   v.
18
   **OpenAI, Inc.** and **We Are**        **COMPLAINT EXHIBITS**
19 **Percent Limited a/k/a**               **TABLE OF CONTENTS**
20 **Goodstack a/k/a Percent**,
21      Defendants.
22
23
24
25
26
27
28

1

| Document | Page Number |
|---|---|
| *Exhibit A*: OpenAI for Nonprofits | 1–6 |
| *Exhibit B*: OpenAI Nonprofit application form | 7 |
| *Exhibit C*: Email from OpenAI x Goodstack to Holy Sexuality (Feb. 25, 2025, 5:45 PM) | 8 |
| *Exhibit D*: Email from OpenAI to Holy Sexuality (Mar. 17, 2025, 6:11 AM) | 9 |

Respectfully submitted this 21st day of May 2025.


By: *s/ Robert J. Reynolds*

ROBERT J. REYNOLDS
CA Bar No. 151243
rjr@robertjreynolds.com
LAW OFFICE OF ROBERT J. REYNOLDS
16950 Via de Santa Fe
Suite 5060-145
Rancho Santa Fe, CA 92091
(619) 261-3393
(815) 642-9527 Fax

PHILIP A. SECHLER
VA Bar No. 99761*
psechler@ADFlegal.org
MATHEW W. HOFFMANN
VA Bar No. 100102*
mhoffmann@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4656 Fax

*Pro Hac Vice application filed simultaneously*