# EXHIBIT A

# OpenAI

Search for articles…

All Collections > Privacy and policies > OpenAI for Nonprofits

# OpenAI for Nonprofits

Updated this week

Table of contents

## What is OpenAI for Nonprofits?

OpenAI for Nonprofits is an initiative to enhance the accessibility of our tools for nonprofit organizations. Through OpenAI for Nonprofits, nonprofits can now access a 20% discount on ChatGPT Team ($20 per month per user for the annual plan and $24 per month per user for the monthly plan). Larger nonprofits ready for large-scale deployment can contact our sales team to access a 25% discount on ChatGPT Enterprise.

## Is ChatGPT Team or ChatGPT Enterprise the right fit for my organization?

ChatGPT Team is the best fit for small to medium-sized teams looking for advanced capabilities, collaboration features, centralized billing, and enterprise-grade security features.

ChatGPT Enterprise is the best fit for larger organizations needing API access, customization, and higher level security features.

## How do I apply for a nonprofit discount on ChatGPT Team?

If you are currently a subscriber to ChatGPT Team:

Exhibit A
1

- Fill out this short form using the email address associated with your ChatGPT Team account.
- If approved, a prorated discount will apply to your current billing cycle, and the discount will apply to future billing.

If you are not yet a subscriber to ChatGPT Team:

- Fill out this short form using the email address you'd like to associate with your ChatGPT Team account.

Once approved, create an OpenAI account, and then sign up for ChatGPT Team. The nonprofit discount will automatically apply at checkout.

## How do I apply for a nonprofit discount on ChatGPT Enterprise?

To apply for a nonprofit discount on ChatGPT Enterprise, please contact sales.

## What types of nonprofits are eligible for a nonprofit discount?

Nonprofit discounts are available to eligible nonprofits based anywhere in the world. At this time, academic, medical, religious, or governmental institutions are not eligible for OpenAI for Nonprofits. Academic institutions can contact sales.

## Why wasn't my nonprofit verified for a discount?

OpenAI partners with Goodstack to validate nonprofit eligibility criteria. If you have questions about your application, please contact Goodstack here.

## Do you offer Business Associate Agreements (BAA) for nonprofits?

We do not offer BAAs for ChatGPT Team. If you require a BAA, please contact our sales team about ChatGPT Enterprise.

## Does OpenAI train on the data from ChatGPT Team or ChatGPT Enterprise?

With ChatGPT Team and ChatGPT Enterprise, you own and control your data—we do not train on your data or conversations, and our models don't learn from your usage. More details on our data privacy practices can be found on our privacy page and security portal.

## Do you offer nonprofit discounts on the API?

At this time, nonprofit discounts are only available for ChatGPT Team and ChatGPT Enterprise.

---

## My nonprofit status was validated, but I don't see the nonprofit discount applied when I sign up.

Once validated, the nonprofit discount will be applied on your billing page. Click "continue to billing" after selecting the number of seats you'd like to purchase and you will see the discount applied.






## Is ChatGPT available in my country?

Please refer to ChatGPT Supported Countries.

## Is ChatGPT's interface available in non-English languages?

Yes. Please refer to How to change your language settings in ChatGPT.

## In what ways can ChatGPT assist nonprofits?

ChatGPT can enable nonprofits to achieve greater impact with fewer resources by expediting a wide range of tasks. OpenAI has a number of resources available for helping any user get started with ChatGPT, including: a guide to prompt engineering, a guide to building GPTs, a guide to extracting insights with ChatGPT Data Analysis, and a guide to creating custom instructions.

If you're just getting started, it can be helpful to consider specific use cases. We're sharing a few common nonprofit use cases along with tips below.

## Refining grant proposals

Exhibit A
4

Upload a draft proposal and the donor evaluation criteria. Ask ChatGPT to assess your proposal against the criteria and suggest specific opportunities for refinement.

*Tip:* Apply **"step-by-step instructions"** to prescribe a specific reasoning process that leads to the final recommendation. For example, you might say:

1. Review the uploaded draft proposal and donor criteria.
2. Evaluate the draft proposal against each donor criterion, providing a score and an explanation for each score.
3. Offer specific feedback on how to improve the proposal to better meet each criterion.
4. Provide an example of an improved narrative based on your feedback.

## Sharing research findings

Upload a research paper and ask ChatGPT to explain key takeaways to colleagues who are not familiar with the topic.

*Tip:* Ask ChatGPT to **adopt a persona** to help communicate research findings to your colleagues. For example: "You are a research assistant at a nonprofit improving agricultural outcomes for smallholder farmers. Your job is to extract learnings for the latest research that may be helpful for the programs team when designing projects. Summarize this research paper, highlighting key findings that might be relevant to program design." If you'd like this persona to be a continual resource for your colleagues, you might consider building a GPT.

## Conduct a sentiment analysis on a social media post

Upload all the comments to a social media post and ask ChatGPT to conduct a sentiment analysis.

*Tip:* Give ChatGPT examples of how you'd like it to respond (this method is called "few shot prompting"). For example, you could ask ChatGPT to respond in a chart with columns describing the comment's topic, mood, and author.

## Do you have tips on how to get started with GPTs?

GPTs are custom versions of ChatGPT, created to be more helpful at specific tasks. Anyone can build a GPT; no coding is required. Reference this article to learn more: Key Guidelines for Writing Instructions for Custom GPTs.

All ChatGPT Plus, Team, and Enterprise users can create GPTs, and Free tier users now have limited access to GPTs in our GPT store, as capacity permits. This means nonprofit teams can create GPTs for specific use cases, departments, or proprietary datasets and share their GPT with their teammates. Nonprofits can also publish GPTs to the GPT Store and enable access to custom versions of ChatGPT to their target audience, including free users.

## Related Articles

What is the ChatGPT model selector? →

GPTs vs Assistants →

ChatGPT Edu at OpenAI →

Using OpenAI o-series models and GPT-4o models on ChatGPT →

ChatGPT Enterprise & Edu - Release Notes →

Did this answer your question?

  



**ChatGPT**   **API**   **DALL·E**   **Service Status**



Exhibit A
6