# EXHIBIT B



## Where is your organization registered?

Please answer a few questions to set up your account. First, select the eligible country from the list below.

| Select country or region ▼ |
|---|

Next

Powered by goodstack                                      Terms • Privacy