# EXHIBIT C



Holy Sexuality <██@holysexuality.com>

# Action required: verify your email for OpenAI's program

**OpenAI x Goodstack** <verifications@mail.goodstack.org>  Tue, Feb 25, 2025 at 5:45 PM
To: ██@holysexuality.com

We've rebranded 🎉 Percent is now **Goodstack**. Discover what's new **here** 👀

Hi Christopher,

We're working with OpenAI to process your application for their program (https://help.openai.com/en/articles/9359041-do-you-offer-nonprofit-pricing).

Please verify your email address so we can continue reviewing your application.

**Verify your email**

**Have a question?**

Reach out to us here: **Help Center**

Powered by Goodstack Ⓒ 2025

We Are Percent Ltd t/a Goodstack, 7 Bell Yard, London, England, WC2A 2JR

Don't recognise this email? Report it to us.

This email address can't accept incoming messages. Please don't reply to this email.

Exhibit C
8