# EXHIBIT D

Holy Sexuality Mail - Action required: verify your email for OpenAI's program



Holy Sexuality <​@holysexuality.com>

### Action required: verify your email for OpenAI's program

Holy Sexuality <​@holysexuality.com>　　　　　　　　　　　　　　　Thu, Mar 20, 2025 at 2:41 PM
To: Holy Sexuality <​@holysexuality.com>

---------- Forwarded message ---------
From: **OpenAI** <noreply@tm.openai.com>
Date: Mon, Mar 17, 2025 at 6:11 AM
Subject: We've reviewed your application for OpenAI's nonprofit discount
To: <​@holysexuality.com>



Hi ,

Thanks for your interest in using ChatGPT. OpenAI has partnered with Percent to validate nonprofit eligibility criteria.

Unfortunately, we haven't been able to verify your eligibility for this nonprofit offer. Please note that academic, medical, religious, or governmental institutions are not eligible at this time.

If you have further questions about your application, please contact Percent at poweredbypercent.zendesk.com.

Thanks for the work you're doing to serve your community.


The OpenAI Team

[Quoted text hidden]